UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLA BLAINE,

    Plaintiff,                        Case No. 17-12181
                                           Hon. Terrence G. Berg

v.

JOSEPH H. LUPLOW, et al.,

    Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

                                         s/Terrence G. Berg
                                         TERRENCE G. BERG
                                         UNITED STATES DISTRICT JUDGE

Dated: July 20, 2017

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 20, 2017, by electronic means and/or ordinary mail.

                                         s/A. Chubb
                                         CASE MANAGER
                                         (313) 234-2644